UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRISTIAN ALEXIS LOPEZ GREGORIO,

Petitioner,

-against-

KEN GENALO, NY Director, Field Office,
Enforcement and Removal Operations. U.S.
Immigration and Customs Enforcement; TODD
LYONS, Director, U.S. Immigration and Customs
Enforcement; KRISTI NOEM, Secretary of the
U.S. Department of Homeland Security; and
PAMELA BONDI, Attorney General of the United
States,

Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/2026

26 Civ. 4145 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of Petitioner's application for a writ of habeas corpus under 22 U.S.C. § 2241 and motion for a temporary restraining order. *See* ECF Nos. 1, 2. Petitioner's transfer or removal to any location outside of this District, the Eastern District of New York, or the District of New Jersey is ADMINISTRATIVELY STAYED pending further order of the Court.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 2 and electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order. Counsel for Respondents shall promptly enter an appearance.

SO ORDERED.

Dated: May 18, 2026
New York, New York

_____
ANALISA TORRES
United States District Judge

For the sake of clarification, the Order issued at Docket Number 3, prior to this case having been assigned to the undersigned, is vacated.

SO ORDERED
May 19, 2026

JOHN P. CRONAN
United States District Judge