UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                            :
CRISTIAN ALEXIS LOPEZ GREGORIO,                             :
                                                            :
                              Petitioner,                   :
                                                            :
              -v-                                           :        26 Civ. 4145 (JPC)
                                                            :
TODD LYONS, *et al.*,                                       :        ORDER
                                                            :
                              Respondents.                  :
                                                            :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On May 29, 2026, Respondents submitted a response to Petitioner Cristian Alexis Lopez Gregorio's Petition for a Writ of Habeas Corpus, Dkt. 7 ("Response"), a declaration from Deportation Officer Dmitry Rousseau, Dkt. 8, and a memorandum of law, Dkt. 9 ("Gov't Brief"). The Response appears, however, to concern a different petitioner in a separate habeas case. Additionally, Respondents' memorandum of law refers to a master calendar hearing in Immigration Court for Petitioner that was scheduled for June 4, 2026. Gov't Brief at 10. No later than June 18, 2026, Respondents should submit a corrected Response, as well as a status letter regarding Petitioner's immigration proceedings. Petitioner may submit a reply in support of the Petition by June 22, 2026.

          SO ORDERED.

Dated: June 17, 2026
        New York, New York                          _____
                                                            JOHN P. CRONAN
                                                      United States District Judge