**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

CRISTIAN ALEXIS LOPEZ GREGORIO,

Petitioner,

25 **CIVIL** 4145 (JPC)

-against-

**JUDGMENT**

TODD LYONS, et al.,

Respondents.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 21, 2026, Gregorio's Petition for a Writ of Habeas Corpus is denied. Within two weeks of the Opinion and Order, S. Michael Musa-Obregon must show cause in writing why the Court should not impose monetary sanctions on him for filing and maintaining the Petition with false assertions of fact. After reviewing that written submission, the Court will determine whether a hearing on sanctions is necessary. Judgment is entered in favor of Respondents; accordingly, the case is closed.

**DATED:** New York, New York
July 23, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**